STATE OF NEW JERSEY v. ROBERTO LAZA.

January 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD LINNEHAN.

January 29, 1985.

Petition for certification denied.   (See 197 *N.J.Super.* 41)

STATE OF NEW JERSEY v. AARON JOHNSON.

January 29, 1985.

Petition for certification denied.

THE BOROUGH OF KEYPORT v. BETHANY MANOR AND
KEYPORT LEGION APARTMENTS, INC.

January 29, 1985.

Petition for certification denied.